UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**CHRIS ANTONIO POW,**

    **Plaintiff,**

**v.**                                            **Case No: 8:23-cv-2397-MSS-NHA**

**IH6/INVITATION HOMES,**

    **Defendant.**

## ORDER

**THIS CAUSE** comes before the Court for consideration of Plaintiff's Emergency Letter Motion for an Injunction Order. (Dkt. 49) Plaintiff requests the Court enter an injunction because Plaintiff alleges he is being stalked. (Id.) Additionally, Plaintiff alleges his vehicle's suspension is being tampered with. (Id.) Plaintiff does not identify a person or entity he believes is responsible for the stalking or the vehicle tampering. Upon consideration of the motion, all relevant filings, and being otherwise fully advised, the Court orders that Plaintiff's Motion is **DENIED**.

Plaintiff's Motion is procedurally defective. Under the Middle District of Florida Local Rules, a motion for a preliminary injunction must include "a precise and verified description of the conduct and the persons subject to restraint[.]" See Local Rules 6.02(a)(1) and 6.01(a). Plaintiff's Motion fails to contain a description of the persons subject to restraint. Procedural defects alone warrant denial of the requested extraordinary relief.

Accordingly, it is hereby **ORDERED** that Plaintiff's Emergency Letter Motion for an Injunction Order, (Dkt. 49), is **DENIED**.

**DONE and ORDERED** in Tampa, Florida this 15th day of July 2024.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel of Record
Any Unrepresented Party